UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN CARTER

          Plaintiff(s),

  v.

MERCK & CO., INC.

          Defendant(s).
_____/

No. C 05-03487 MHP

**MEMORANDUM & ORDER**
Re: Motion to Stay

On August 8, 2005, plaintiff KATHLEEN CARTER filed her Complaint against MERCK & CO., INC. in the Superior Court of the State of California for the County of Shasta. The complaint seeks damages allegedly resulting from plaintiff's use of Vioxx, a drug manufactured by Merck. On August 29, 2005, Merck removed the action to this court on the basis of diversity jurisdiction. Presently before the court is Merck's motion to stay the action pending its transfer to the multidistrict litigation ("MDL") proceeding that has been established to deal with the large volume of Vioxx-related cases in federal court.

The power to stay proceedings in the interest of judicial economy is an inherent power left to the discretion of the court. Landis v. North Am. Co., 299 U.S. 248, 254 (1936). Upon entry of this order, Merck's motion to stay shall be deemed submitted. Unless plaintiff timely files a motion to remand, Merck's motion to stay will be GRANTED and further proceedings in this action shall be STAYED pending transfer of the action to MDL Proceeding No. 1657.

IT IS SO ORDERED.

Dated: October 25, 2005

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California